# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHAWN DAVIS, et al. | § § | |
| v. | § § | LEAD CASE NO. 3:21-CV-1593-S-BT |
| EK REAL ESTATE SERVICES OF NY LLC, et al. | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Consolidated Plaintiffs' Motions for Entry of Default Judgment against EasyKnock, Inc. [ECF Nos. 67 and 72] are **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED November 14, 2025.

UNITED STATES DISTRICT JUDGE